### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

STEPHEN DIFLORIO            :

                             :

       v.                        :            C.A. No. 1:15-cv-00186

                             :

CITY OF DOVER, et al.           :

### STIPULATION OF DISMISSAL

TO THE PROTHONOTARY:

It is hereby stipulated to and agreed by and between counsels for the parties hereto, that the

above matter be DISMISSED with prejudice.


                           SILVERMAN McDONALD & FRIEDMAN

Date: December 18, 2017       By:     /s/ Michel I. Silverman
                           *Michael I. Silverman, Esq (No.: 3034)*
                           mike@silverman-mcdonald.com
                           1010 No. Bancroft Parkway
                           Wilmington, DE 19805
                           Telephone: 302-888-2900
                           *Attorney for plaintiff*

Of Counsel:     Brian S. Chacker, Esquire
                Gay Chacker & Mittin, P.C.
                1731 Spring Garden Street
                Philadelphia, PA 19130-3915
                Telephone:  (215) 567-7955  Fax: (215) 567-6809
                bchacker@gaychackermittin.net